UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-781 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| TIMOTHY MOORE, JR., | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on July 2, 2024. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on June 17, 2024. The defendant admitted to the following violations:

1. Illicit Drug Use;
3. Failure to Comply with Substance Use Treatment;
4. Failure to Comply with Mental Health Treatment;
5. Failure to Submit to Substance Use Testing; and
6. Failure to Provide Truthful Information.

The magistrate judge filed a report and recommendation on June 17, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 3, 4, 5, and 6.[1]

---

[1] The government withdrew violation no. 2.

A final supervised release violation hearing was conducted on July 9, 2024. Present were the following: Assistant United States Attorney Joseph Walsh, representing the United States; Assistant Federal Public Defender Darin Thompson, representing the defendant; the defendant Timothy Moore, Jr., and United States Probation Officer Mark Shannon.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 3, 4, 5, and 6.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 7 months, with credit for time served, followed by 5 years of supervised release. The defendant is to have the same terms and conditions of supervised release as previously imposed, and with the following additional conditions:

**Cognitive Behavioral Treatment**: You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Reentry Program:** The Court recommends, upon defendant's release from custody, that the defendant be considered for the reentry program in the Northern District of Ohio.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: July 9, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**